IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY THOMAS, et al., § | |
| § | |
| Plaintiffs, § | |
| vs. § | Civil Action No. 3:12-CV-4941-M-BH |
| § | |
| BANK OF NEW YORK MELLON et. al, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiffs have timely filed an amended complaint as allowed by the recommendation, *Defendants' Rule 12(B)(6) Motion to Dismiss Plaintiffs' Original Petition*, filed December 31, 2012 (doc. 13), is **DENIED as moot.** This action will now proceed on the amended complaint.

**SIGNED** this 20th day of August, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS