IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY THOMAS, et al., § | |
| § | |
| Plaintiffs, § | |
| vs. § | Civil Action No. 3:12-CV-4941-M-BH |
| § | |
| BANK OF NEW YORK MELLON et. al, § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, *Plaintiffs' Motion for the Court to Enter Default Judgment Against Defendants*, filed November 18, 2013 (doc. 38), is **DENIED.**

**SIGNED** this 10th day of December, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS